4 minutes

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTES

Date: 5/7/10

Case No.   CR–10-0139 SI            Judge:   SUSAN ILLSTON

Title:   UNITED STATES -v- EDITHA BONIFACIO (NC)(P)

Attorneys:   T. Moore            G. Hansen

Deputy Clerk: Tracy Sutton   Court Reporter: K. Wyatt

### **PROCEEDINGS**

1) Status  - HELD
2) 
3) 
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN     ( ) SUBMITTED
                                                        PART

Case continued to  for

Case continued to  @ 11:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to **7/20/10 @ 3:30 p.m.**  for Pretrial Conference

Case continued to **8/2/10  @ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Effective preparation
**Delay begins:          Delay ends:8/2/10**
(     AUSA to draft order            )

ORDERED AFTER HEARING:


(SPEEDY TRIAL DEADLINE AS OF TODAY: )